

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00393-CV

**IN RE** Christopher **RODRIGUEZ**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI12197
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Sitting:     Irene Rios, Justice
           Beth Watkins, Justice
           Lori I. Valenzuela, Justice

Relator's motion for emergency relief filed on September 17, 2021, is DENIED. Relator's motion to reconsider filed on September 30, 2021, is DENIED AS MOOT.

It is so **ORDERED** October 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT